KELLYBABINEAU, SBN 190418
THE LAW OFFICE OF KELLY BABINEAU, APC
455 Capitol Mall, Suite 802
Sacramento CA 95814
Telephone:   (916) 442-4948
Fax:              (916) 492-2909
E-Mail:         kbabineau@klblawoffice.net

Attorney for Defendant
CHRISTOPHER ESPINOZA

# IN THE UNITED STATES OF DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER ESPINOZA,<br><br>    Defendant. | No.  19-cr-00221KJM<br><br>STIPULATION AND ORDER FOR TEMPORARY RELEASE TO VISIT MOTHER IN ICU |

Defendant Christopher Espinoza. by and through his counsel, Kelly Babineau, and the United States Government, by and through its counsel, Roger Yang, Assistant United States Attorney, hereby stipulate to the following:

It has been agreed by all parties for a temporary release of Mr. Espinoza on Monday, October 3, 2022 at 9:00 a.m. to 4:0 p.m. to visit his mother in the intensive care unit of Mercy San Juan Medical Center. Ms. Espinoza suffered a stroke on September 23, 2022 and is in very serious medical condition. The medical staff have informed Ms. Espinoza's father that she may not make it. She has a brain bleed, paralysis and impaired kidney and pulmonary function. Mr. Espinoza is currently in

custody at the Sacramento County Jail awaiting resolution of the above case; the matter is next scheduled for November 7, 2022, for a status conference.

The government does not oppose this request so long as Mr. Espinoza is accompanied during the entire period of his temporary release by an investigator. Therefore, attorney Kelly Babineau, has arranged for investigator Fred Scoville, to accompany Mr. Espinoza to the hospital and back to the jail.

Mr. Scoville will pick up Mr. Espinoza at the Sacramento County Main Jail, transport him to the hospital, stay with him the entire time he is at the hospital, and return him to Sacramento County Main Jail by 4:00 p.m.  Mr. Espinoza will remain in the custody of Mr. Scoville the entire time of his release.  Mr. Scoville will keep strict control over Mr. Espinoza at all times.

For the above reasons, Defendant Christopher Espinoza respectfully requests that the Court allow this temporary release.

DATE: September 30, 2022          /s/ Kelly Babineau
                                  KELLY BABINEAU
                                  Attorney for Defendant
                                  CHRISTOPHER ESPINOZA

DATE: September 30, 2022          /s/ Roger Yang
                                  ROGER YANG
                                  Assistant U.S. Attorney

**O R D E R**

IT IS SO FOUND AND ORDERED that on October 3, 2022, Christopher Espinoza shall be released from the Sacramento Jail to the custody of Fred Scoville, a license private investigator, at 9:00 a.m.  Mr. Espinoza will remain in the custody of Fred Scoville from 9:00 a.m. to 4:00 p.m., on October 3, 2022. Mr. Scoville will transport Mr. Espinoza to the Mercy San Juan Medical Center at 6501 Coyle Avenue, Carmichael CA 95608, so that he may visit his mother in the intensive care unit. Mr. Scoville will return Mr. Espinoza to the Sacramento Main Jail by 4:00 p.m. on October 3, 2022. Fred Scoville should be compensated by the CJA fund for this service.

DATED: September 30, 2022            /s/ DEBORAH BARNES
                                    UNITED STATES MAGISTRATE JUDGE