| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>September 30, 2022<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER ESPINOZA,<br><br>　　　　　Defendant. | Case No.  2:19-cr-00221-KJM<br><br>**ORDER FOR TEMPORARY RELEASE OF<br>PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  <u>CHRISTOPHER ESPINOZA</u> , Case No. <u> 2:19-cr-00221-KJM </u> Charge <u> 18 U.S.C. § 2251(a)</u>, from custody for the following reasons:

| | |
|---|---|
| _____ | Release on Personal Recognizance |
| | Bail Posted in the Sum of |
| _____ $ | |
| | Unsecured Appearance Bond |
| _____ $ | |
| _____ | Appearance Bond with 10% Deposit |
| _____ | Appearance Bond with Surety |
| _____ | Corporate Surety Bail Bond |
| X | (Other):  **On October 3, 2022, the defendant Christopher Espinoza shall be RELEASED from the Sacramento Jail to the custody of Fred Scoville, a license private investigator, at 9:00 AM.  Mr. Espinoza will remain in the custody of Fred Scoville from 9:00 AM. to 4:00 PM, on October 3, 2022. Mr. Scoville will transport Mr.** |

**Espinoza to the Mercy San Juan Medical Center at 6501 Coyle Avenue, Carmichael CA 95608, so that he may visit his mother in the intensive care unit. Mr. Scoville will return Mr. Espinoza to the Sacramento Main Jail by 4:00 PM, on October 3, 2022.**

Issued at Sacramento, California on September 30, 2022, at 11:40 AM

DATED: September 30, 2022
/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE
JUDGE