UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 4, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER ESPINOZA<br><br>　　　　　Defendant. | Case No.  2:19-cr-00221-KJM<br><br>**ORDER FOR TEMPORARY RELEASE OF<br>PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  CHRISTOPHER ESPINOZA Case No.  2:19-cr-00221-KJM  Charges 18 USC § 2251(a) from custody for the following reasons:

　　　　\_\_\_\_\_   Release on Personal Recognizance

　　　　\_\_\_\_\_   Bail Posted in the Sum of $ _____

　　　　　　\_\_\_\_\_   Unsecured Appearance Bond $ _____

　　　　　　\_\_\_\_\_   Appearance Bond with 10% Deposit

　　　　　　\_\_\_\_\_   Appearance Bond with Surety

　　　　　　\_\_\_\_\_   Corporate Surety Bail Bond

　　　X　　(Other): Christopher Espinoza is released to the custody of licensed private investigator, Fred Scoville at 11:00 AM on 11/9/2022. Mr. Scoville will transport Mr. Espinoza to East Lawn Memorial Park (5757 Greenback lane, Sacramento CA 95841).Mr. Scoville will return Mr. Espinoza to the Sacramento Main Jail by 6:00 PM on 11/9/2022.

Issued at Sacramento, California on November 4, 2022 at 12:00 PM

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE