KELLYBABINEAU, SBN 190418
THE LAW OFFICE OF KELLY BABINEAU, APC
455 Capitol Mall, Suite 802
Sacramento CA 95814
Telephone:   (916) 442-4948
Fax:              (916) 492-2909
E-Mail:         kbabineau@klblawoffice.net

Attorney for Defendant
CHRISTOPHER ESPINOZA

# IN THE UNITED STATES OF DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER ESPINOZA,<br><br>    Defendant. | CR.S. No. 19-cr-00221KJM<br><br>STIPULATION AND ORDER FOR TEMPORARY RELEASE TO ATTEND FUNERAL SERVICES OF CLIENT'S MOTHER |

Defendant Christopher Espinoza. by and through his counsel, Kelly Babineau, and the United States Government, by and through its counsel, Roger Yang, Assistant United States Attorney, hereby stipulate to the following:

It has been agreed by all parties for a temporary release of Mr. Espinoza on Wednesday, November 9, 2022 at 11:00 a.m. to 6:00 PM to attend his mother's funeral service at East Law Memorial Park at 5757 Greenback Lane, Sacramento CA and a small family reception at 4059 Crabtree Way, Carmichael CA 95630. His mother passed away on October 6, 2022, and the funeral service is being held on November 9, 2022. Mr. Espinoza is currently in custody at the Sacramento County Jail awaiting resolution

of the above case; the matter is next scheduled for December 12, 2022, for a status conference.

The government does not oppose this request so long as Mr. Espinoza is accompanied during the entire period of his temporary release by an investigator. Therefore, attorney Kelly Babineau, has arranged for investigator Fred Scoville, to accompany Mr. Espinoza to the funeral service and back to the jail.

Mr. Scoville will pick up Mr. Espinoza at the Sacramento County Main Jail, transport him to East Lawn Memorial Park and then directly to the reception, stay with him the entire time he is at funeral and reception, and return him to Sacramento County Main Jail by 6:00 p.m. Mr. Espinoza will remain in the custody of Mr. Scoville the entire time of his release. Mr. Scoville will keep strict control over Mr. Espinoza at all times.

For the above reasons, Defendant Christopher Espinoza respectfully requests that the Court allow this temporary release.

DATE:  November 2, 2022                /s/ Kelly Babineau
                                       KELLY BABINEAU
                                       Attorney for Defendant
                                       CHRISTOPHER ESPINOZA

DATE:  November 2, 2022                /s/ Roger Yang
                                       ROGER YANG
                                       Assistant U.S. Attorney

**O R D E R**

IT IS SO FOUND AND ORDERED that on November 9, 2022, the U.S. Marshall shall release Christopher Espinoza to the custody of Fred Scoville, a license private investigator, at 11:00 a.m.  Mr. Espinoza will remain in the custody of Fred Scoville from 11:00 a.m. to 6:00 p.m., on November 9, 2022. Mr. Scoville will transport Mr. Espinoza to East Lawn Memorial Park, at 5757 Greenback Lane, Sacramento CA 95841 so that he may attend his mother's funeral service. From there, Mr. Scoville will accompany Mr. Espinoza to 4059 Crabtree Way, Carmichael CA 95630 for a short reception. Mr. Scoville will then return Mr. Espinoza to the Sacramento Main Jail by 6:00 p.m. on November 9, 2022. Fred Scoville should be compensated by the CJA fund for this service. IT IS SO ORDERED.

Dated:  November 4, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE