TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
CHRISTOPHER ESPINOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:19-CR-0221-DJC |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| CHRISTOPHER ESPINOZA, | ) | |
| Defendant. | ) | Judge:  Hon. Daniel J. Calabretta
Date:   May 15, 2023
Time:   9:00 a.m. |

Plaintiff, United States of America, and defendant, Christopher Espinoza, hereby stipulate that the status conference scheduled for May 15, 2023, may be continued to August 10, 2023, at 9:00 a.m., and time excluded for defense preparation in light of appointment of new counsel for Mr. Espinoza.

This case was previously assigned to Chief Judge Mueller, with a status set for May 15. A new status date is needed in light of its reassignment.  Defense counsel is also new to the case, having replaced previously-appointed counsel who was appointed to the State bench in Nevada County.  Defense counsel seeks additional time to complete his review of discovery, view the evidence in the case (not releasable as discovery), consider potential defense strategies, interview

-1-

witnesses, and confer with Mr. Espinoza – all matters necessary to the preparation of an effective defense. The parties therefore agree, and request, that the Court exclude time under the Speedy Trial Act from the date of this order through August 10, 2023, pursuant to 18 U.S.C. section 3161(h)(7)(A) and (B)(iv) (Local Code T4). The parties agree that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully Submitted,

Dated: May 9, 2023

*/s/ Tim Zindel*
TIMOTHY ZINDEL
Attorney for CHRISTOPHER ESPINOZA


PHILLIP A. TALBERT
United States Attorney


Dated: May 9, 2023

*/s/ T. Zindel for Roger Yang*
ROGER YANG
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to August 10, 2023, at 9:00 a.m. Time is excluded through that date for the reasons and on the basis set forth above.

IT IS SO ORDERED.

Dated: May 9, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE