TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
CHRISTOPHER ESPINOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:19-CR-0221-DJC |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING TO OCTOBER 31, 2024** |
| CHRISTOPHER ESPINOZA, | ) | |
| Defendant. | ) | Judge:  Hon. Daniel J. Calabretta<br>Date:   October 3, 2023<br>Time:   9:00 a.m. |

Plaintiff, United States of America, and defendant, Christopher Espinoza, hereby stipulate that hearing on judgment and sentencing scheduled for October 3, 2024, should be continued to October 31, 2024, at 9:00 a.m., for the reasons stated below.

Counsel are mindful that they appeared in Court on August 22 to confirm the October 3 hearing.  However, since that appearance, several unforeseen events have necessitated a further continuance.  Among them:  (1) the final presentence, due on September 5, was not filed until September 11; more important, (2) that report made substantial changes to the guidelines calculations in the draft report not contemplated by either party.  Those changes require careful review both by the government and the defense, and defense counsel needs additional time to

-1-

explain this development to his client, who is housed remotely and who has a severe intellectual deficit, requiring counsel to travel.

The parties will endeavor to resolve any objections to the final report but agree that formal objections, if warranted, will be filed by October 17, 2024, with any reply due one week later, on October 24, 2024.

Respectfully Submitted,

Dated:  September 18, 2024  /s/ Tim Zindel
TIMOTHY ZINDEL
Attorney for CHRISTOPHER ESPINOZA


PHILLIP A. TALBERT
United States Attorney

Dated:  September 18, 2024  /s/ T. Zindel for Roger Yang
ROGER YANG
Assistant U.S. Attorney

**O R D E R**

Hearing on judgment and sentence is continued to October 31, 2024, and other deadlines set forth above are adopted.

IT IS SO ORDERED.

Dated:  September 19, 2024  /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE