TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
CHRISTOPHER ESPINOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>CHRISTOPHER ESPINOZA,<br><br>　　Defendant. | Case No. 2:19-CR-0221-DJC<br><br>**STIPULATION AND ORDER VACATING HEARING AND ORDERING RESTITUTION**<br><br>Judge:　Hon. Daniel J. Calabretta<br>Date:　December 19, 2023<br>Time:　9:00 a.m. |

　　IT IS HEREBY STIPULATED by defendant, Christopher Espinoza, and plaintiff, United States of America, that the restitution hearing scheduled for December 19, 2024, may be vacated, and that all claims for restitution be resolved, and that restitution be ordered, as set forth below.

　　Representatives of three of the five claimants described in the final presentence report, "Lily" of the "Vicky" series, "Jenny," and "Sloane" of the "Tara" series, notified counsel that they withdraw their claims.  This leaves two claims to be resolved:  one for the minor victim and one for "April" of the "AprilBlonde" series.  Both claimants have agreed to accept orders in the amounts set forth in this stipulation.  Accoridngly, the parties agree:

(1) The Court should order Mr. Espinoza to pay restitution of $32,500.00 to the minor victim, identified here as T. Doe.

(2) The Court should order Mr. Espinoza to pay restitution of $4,000.00 to April, payable to "Restore the Child in Trust for April."

(3) The parties agree that the defendant does not have the ability to pay interest and ask the Court to waive interest on restitution.

(4) The parties agree that, during incarceration, payment of any unpaid criminal monetary penalties is due at the rate of 10 per cent of the defendant's gross income per month, or $25 per quarter, whichever is greater. Payments shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program.

Respectfully Submitted,

Dated:  December 17, 2024

*/s/ Tim Zindel*
TIMOTHY ZINDEL
Attorney for CHRISTOPHER ESPINOZA

PHILLIP A. TALBERT
United States Attorney

Dated:  December 17, 2024

*/s/ T. Zindel for Roger Yang*
ROGER YANG
Assistant U.S. Attorney

**O R D E R**

The hearing on restitution is vacated and restitution is ordered as set forth above.

IT IS SO ORDERED.

Dated:  December 17, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE