PHILLIP A. TALBERT
United States Attorney
ROGER YANG
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER ESPINOZA,<br><br>    Defendant. | 2:19-CR-00221-DJC<br><br>FINAL ORDER OF FORFEITURE |

On or about October 2, 2023, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253(a), based upon the plea agreement entered into between plaintiff and defendant Christopher Espinoza forfeiting to the United States the following property:

    a.    LG K20 smartphone, Serial Number 707CYNL076919,
    b.    Coolpad 3622A cell phone, IMEI: 863519034636279, and
    c.    Gateway laptop, Serial Number LXWVZ02010131248D51601.

Beginning on October 4, 2023, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the above-described property:

      a.    Manuel Espinoza: A notice letter was sent via certified mail to Manuel Espinoza at 4059 Crabtree Way, Carmichael, CA 95608-2015 on October 5, 2023.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed.  The USPS Tracking Results show delivery was made on October 7, 2023.

      b.    Shirley Espinoza: A notice letter was sent via certified mail to Shirley Espinoza at 4059 Crabtree Way, Carmichael, CA 95608-2015 on October 5, 2023.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed.  The USPS Tracking Results show delivery was made on October 7, 2023.

      c.    Vikki Espinoza: A notice letter was sent via certified mail to Vikki Espinoza at 4059 Crabtree Way, Carmichael, CA 95608-2015 on October 5, 2023.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed.  The USPS Tracking Results show delivery was made on October 7, 2023.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), including all right, title, and interest of Christopher Espinoza, Manuel Espinoza, Shirley Espinoza, and Vikki Espinoza.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 7th day of January, 2025.

Dated:  January 7, 2025                          /s/ Daniel J. Calabretta
                                                            THE HONORABLE DANIEL J. CALABRETTA
                                                            UNITED STATES DISTRICT JUDGE